UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TRIUMPH ENGINE CONTROL SYSTEMS, LLC, | : |
| | : |
| Plaintiff, | : Judge M. Miller Baker |
| | : |
| v. | : Court Nos. 19-00094, |
| | : 19-00108, 19-00109, |
| UNITED STATES, | : 19-00110 and 19-00130 |
| | : |
| Defendant | : |

**ORDER**

Upon review of Plaintiff's, Triumph Engine Control Systems, LLC ("Triumph"), Consent Motion for Test Case Designation and Suspension, and upon consideration of other papers and proceedings herein, it is hereby ORDERED that the Plaintiff's motion be, and hereby is, granted, and further—

**ORDERED** that Court No. 19-00094 be designated as a test case pursuant to Rule 83(f);

**ORDERED** that Court Nos. 19-00108, 19-00109, 19-00110 and 19-00130 be suspended under the designated test case of Court No. 19-00094.

Date: September 30, 2021　　　　　　　/s/ *M. Miller Baker*
　　New York, New York　　　　　　　Judge M. Miller Baker
　　　　　　　　　　　　　　　　　　U.S. Court of International Trade